**Nicholas Warner JONES, Plaintiff–Appellant,**

v.

**Dennis DUSING; William W. Sondervan; Jane Doe; John Doe; Patrick Conroy; Angelo Lee, Lieutenant C.O. IV; Debra Hood, Nurse; Julius Boateng, M.D.; Emsa Correctional Care, Incorporated; John Moss; Jack Kavanagh, Defendants–Appellees.**

No. 01–6335.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

Nicholas Warner Jones, pro se. John Joseph Curran, Jr., Attorney General, Sharon Stanley Street, Assistant Attorney General, Baltimore, MD; Donald Joseph Crawford, Godard, West & Adelman, P.C., Rockville, MD, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Nicholas Jones appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint, and a subsequent order denying as moot his motion to amend the complaint. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jones v. Dusing,* No. CA–00–1644–L (D.Md. filed Feb. 14, 2001, entered Feb. 15, 2001; filed Feb. 21, 2001, entered Feb. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*